IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

EMG TECHNOLOGY, LLC,

      Plaintiff,

    v.

CHRYSLER GROUP LLC,

      Defendant.

Case No. 6:12-cv-00259-MHS (Lead Case)

**JURY TRIAL DEMANDED**

## ORDER OF DISMISSAL

Upon consideration of the joint motion for stipulated dismissal (Doc. No. 115) submitted by Plaintiff, EMG Technology, LLC ("EMG") and defendant Chrysler Group LLC, all claims EMG asserted and all claims EMG could have asserted against Chrysler in this action, including any entity it owns or controls or that owns or controls it, ("Chrysler") are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys fees.  It is further Ordered that EMG shall not sue or assert against Chrysler any claim for infringement of any existing or future claims of any patents or patent applications that EMG owns or otherwise has the right to assert.  EMG shall not transfer any cause of action or right to sue Chrysler to any third party.

**It is SO ORDERED.**

**SIGNED this 13th day of May, 2013.**

_Michael Schneider_

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE